# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 1:23MJ239-1
INFORMATION ASSOCIATED WITH A CELLULAR )
DEVICE THAT IS IN THE CUSTODY OR CONTROL )
OF VERIZON )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ New Jersey _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 22, 2023 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Judge Joe L. Webster _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 06/08/2023 2:14 pm                    */s/ Joe L. Webster*
                                                            *Judge's signature*

City and state: Durham, North Carolina          Joe L. Webster, U.S. Magistrate Judge
                                                *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:23MJ239-1 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with cellular telephone number (561) 707-2035 and International Mobile Subscriber Identity (IMSI) 311480649818812 (Subject Telephone) whose service is provided by Verizon, a wireless telephone service provider headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921.

## ATTACHMENT B

### Information to be Disclosed by Verizon

Verizon is required to disclose to the government (1) all information reflecting the location of cellular towers (cell-site and sector/face) interacting with the Subject Telephone, including call detail, text, and data information (Cell-site Information) and (2) all data collected by Verizon reflecting the physical location of the Subject Telephone, including network timing and geolocation information, including Verizon's Periodic Location Updates and Real Time Tool (RTT), and all other records containing geolocation and timing advance measurements and distance-to-tower measurements for all technologies (CDMA2000, GSM, UMTS, LTE, 5G-NR) (Phone Location Information) for the Subject Telephone gathered by Verizon from March 15, 2023 through June 7, 2023 (historical information) and from June 8, 2023 to July 23, 2023 (prospective information), along with any other associated data collected by Verizon, but not including the contents of any communication.